**State of WASHINGTON and State of Minnesota, Plaintiffs–Appellees,**

v.

**Donald J. TRUMP, President of the United States; et al., Defendants–Appellants.**

**No. 17-35105**

United States Court of Appeals, Ninth Circuit.

Filed February 27, 2017

D.C. No. 2:17-cv-00141, Western District of Washington, Seattle

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

## ORDER

Appellants' motion to hold this appeal in abeyance is denied (Docket Entry No. 178).

On our own motion, we extend the briefing schedule for this appeal. The opening brief is due March 10, 2017; the answering brief is due March 31, 2017; and the optional reply brief is due April 5, 2017.